IN THE UNITED STATES DISTRICT COURT
WESTERN DIVISION OF ARKANSAS
TEXARKANA DIVISION

CHARLES D. GRISSOM, JR.                                                    PLAINTIFF

VS.                              Civil No. 09-CV-4054

RON STOVALL, Sheriff, Miller
County, Arkansas; CHARLES NEFF,
Warden, Miller County Correctional
Center; and MAJOR G. TURNER,
Miller County Correctional Center.                                         DEFENDANTS

### ORDER

Now on this 22nd day of February, 2010, comes on for consideration the proposed findings and recommendations filed herein on January 22, 2010, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. Ten (10) days having passed without objections being filed by the parties, the court hereby adopts in toto the findings and recommendations.

Accordingly, the Court finds that this case should be and is hereby dismissed based on Grissom's failure to obey the order of the Court and his failure to prosecute this action. Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

/s/ Harry F. Barnes
**HARRY F. BARNES**
**U.S. DISTRICT JUDGE**